AGNES ROURKE, Respondent, *v.* JAMES MCLAUGHLIN, Appellant.

*Rourke* v. *McLaughlin*, 148 App. Div. 914, affirmed.
(Submitted January 9, 1914; decided February 3, 1914 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Warren Leslie* and *George H. Francoeur* for appellant.

*Thomas C. McDonald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch., J., HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Dissenting: WERNER and COLLIN, JJ.